UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. THAM, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-0800 JLT HBK (PC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 11) |

　　　　Mark Anthony Gonzales, who is proceeding *pro se*, was a state prisoner when he initiated this civil rights action. (*See generally* Doc. 1.)  On February 23, 2023, the assigned magistrate judge issued an Order to Show Cause why Plaintiff's Complaint should not be dismissed for failure to exhaust administrative remedies. (Doc. 9.) The order was served on Plaintiff at his address of record and was returned "Undeliverable, Return to Sender, Inactive."

　　　　Plaintiff was required to provide an updated address within 63 days pursuant to Local Rule 183(b). Plaintiff failed to do so.  On May 22, 2023, the magistrate judge found Plaintiff failed to prosecute this action and failed to comply with Local Rule 183(b), and recommended the action be dismissed.  (Doc. 11.)  The Findings and Recommendations were served at the only address on record, but were also returned on June 12, 2023, marked "Undeliverable, Inmate Discharged 10/25/21."

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendation

1

are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

    1.     The Findings and Recommendations issued on May 22, 2023 (Doc. 11) are **ADOPTED** in full.

    2.     This action is **DISMISSED** without prejudice.

    3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 26, 2023**

UNITED STATES DISTRICT JUDGE